

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00023-CV

| | | |
|---|---|---|
| JOE M. ROSALEZ, Appellant | § | On Appeal from County Court at Law No. 1 |
| | § | of Tarrant County (2019-005668-1) |
| V. | § | May 13, 2021 |
| | § | |
| FOSON INVESTMENTS, LLC, Appellee | | Memorandum Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Joe M. Rasalez shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
    Chief Justice Bonnie Sudderth